GILBERT R. GEILIM, ESQ., SBN: 117508
GILBERT R. GEILIM, A PROFESSIONAL LAW CORP.
4929 Wilshire Blvd., Suite 825
Los Angeles, CA 90010
Telephone:  (323) 937-5555
Facsimile:  (323) 937-4551
grglaw@hotmail.com

Attorney for Defendant,
SALVADOR COBIAN

FILED
CLERK U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case Number: CR 08-00144 SH |
| Plaintiff, | [PROPOSED] ORDER ON MOTION TO TRAVEL |
| vs. | |
| SALVADOR COBIAN, | |
| Defendant. | |

The court has considered Defendant SALVADOR COBIAN's MOTION TO TRAVEL OUTSIDE THE STATE OF CALIFORNIA.

IT IS HEREBY ORDERED that:

Defendant SALVADOR COBIAN be allowed to travel from California to Florida from approximately May 31, 2008, 2008 to approximately June 6, 2008. Defendant is to return to the State of California on approximately June 6, 2008.

Dated: 3/31, 2008

HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE